THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY K. SLINKEY, | CASE NO. C20-0515-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HAL NEDERLAND, N.V., *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue trial and the remaining case deadlines (Dkt. No. 19). The parties move to continue the trial and other deadlines because the COVID-19 pandemic has impacted the parties' ability to conduct discovery, including a site inspection of the vessel on which Ms. Slinkey alleges she was injured, and Ms. Slinkey must undergo a medical procedure that will make proceeding with existing case schedule difficult. (*Id.* at 2.) Having reviewed the parties' briefing and the relevant record and finding good cause, the Court GRANTS the motion and CONTINUES the trial and other deadlines as follows:

//

//

MINUTE ORDER
C20-0515-JCC
PAGE - 1

| Event | Current Date | New Date |
|---|---|---|
| TRIAL DATE | October 18, 2021 | May 16, 2022 |
| All motions related to discovery must be noted on the motion calendar no later than the Friday before discovery closes pursuant to CR 7(d)(3) or CR 7(a)(2)(B) | May 18, 2021 | December 17, 2021 |
| Discovery completed by | June 21, 2021 | January 17, 2022 |
| Disclosure of expert testimony under FRCP 26(a)(2) | July 20, 2021 | February 14, 2022 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see CR 7(d)(3)) | July 20, 2021 | February 14, 2022 |
| Mediation per LCR 39.1 held no later than | July 6, 2021 | Feb 7, 2022 |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the THIRD Friday thereafter | September 17, 2021 | April 15, 2022 |
| Agreed pretrial order | October 8, 2021 | May 9, 2022 |
| Trial briefs, proposed voir dire questions, proposed jury instructions, and trial exhibits due | October 14, 2021 | May 12, 2022 |

DATED this 15th day of April 2021.

William M. McCool
Clerk of Court

s/Paula McNabb
Deputy Clerk