THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY K. SLINKEY, | CASE NO. C20-0515-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLAND AMERICA LINE NV LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties' joint status report indicated they planned to participate in mediation (Dkt. No. 17 at 2), and the Court set February 7, 2022, as the deadline for LCR 39.1 mediation and February 14, 2022, as the deadline for dispositive motions. (Dkt. No. 20.) Both deadlines have passed. Neither party has filed a dispositive motion, nor has the Court received any notice that mediation has occurred. *See* LCR 39.1(c)(7).

It is thus ORDERED that within seven days of this minute order, the parties must either (1) file a joint status report showing cause for any failure to hold the mediation, updating the Court on the possibility of settlement, and specifying whether the Court should set a new mediation deadline; or (2) file the required notice under LCR 39.1(c)(7), along with a joint statement as to whether they think an additional mediation would be appropriate.

MINUTE ORDER
C20-0515-JCC
PAGE - 1

1  DATED this 24th day of February 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk