THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY K. SLINKEY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>HOLLAND AMERICA LINE NV LLC, *et al.*,<br><br>　　　　　Defendants. | CASE NO. C20-0515-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Mediator John E. Casperson indicates that the parties have resolved this case via mediation. (Dkt. No. 23.) Accordingly, it is hereby ORDERED that within 30 days of this minute order, the parties shall file a stipulated notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or show cause why this case should not be dismissed based on the settlement.

All pending case deadlines, including the trial date, are hereby VACATED.

DATED this 16th day of March 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk