THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY K SLINKEY, | CASE NO. C20-0515-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| HOLLAND AMERICA LINE NV LLC, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

Based on the parties' joint status report, (Dkt. No. 26), it is hereby ORDERED that within 14 days of this minute order, the parties shall file a stipulated notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) or show cause why this case should not be dismissed based on the settlement.

DATED this 13th day of April 2022.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk

MINUTE ORDER
C20-0515-JCC
PAGE - 1