THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SHIRLEY K. SLINKEY,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>HOLLAND AMERICA LINE NV LLC,<br><br>　　　　　　　Defendant. | CASE NO. C20-0515-JCC<br><br>ORDER |

This matter comes before the Court on the parties' joint status report (Dkt. No. 28). In a February 2022 minute order, the Court noted that the deadline for completing mediation had passed with no update from the parties and directed them to file a joint status report. (Dkt. No. 21.) The parties responded saying that mediation had been scheduled, so the Court reset the mediation deadline. (Dkt. Nos. 22–23). They reached a settlement at a March 14, 2022 mediation. (Dkt. No. 23). The Court directed them to file a notice of dismissal within 30 days or show cause why the case should not be dismissed. (Dkt. No. 24.) They responded on April 13, 2022 stating they would file dismissals in 14 days once the settlement was fully funded. (Dkt. No. 26.) The Court directed them to do so. (Dkt. No. 27.) Now, they seek another 14 days, apparently due to an accounting error that caused payment not to process. (Dkt. No. 28.)

　　　　The purpose of the Court's docket is not to serve as a sword of Damocles for resolved disputes in which the only remaining tasks are purely ministerial and can be handled without

ORDER
C20-0515-JCC
PAGE - 1

1  Court intervention. Accordingly it is hereby ORDERED that this case is DISMISSED with
2  prejudice and without costs or fees to either party.
3      In the event the settlement is not perfected, any party may move to reopen the case,
4  provided that such motion is filed within 30 days of this order.
5      DATED this 28th day of April 2022.

                                        John C. Coughenour
                                        UNITED STATES DISTRICT JUDGE